■ MARINE MIDLAND BANK, Formerly Known as MARINE MIDLAND BANK, N. A., Respondent, v ABDUL RASHID, Appellant, et al., Defendants. [646 NYS2d 621] —Appeal by the defendant Abdul Rashid from an order of the Supreme Court, Dutchess County (Beisner, J.), entered August 25, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Beisner at the Supreme Court. Mangano, P. J., Miller, Sullivan and Florio, JJ., concur.